# Bass Furnace Co. *v.* Glasscock.

*Motion to strike out Bill of Exceptions.*

1. *Signing bill of exceptions in vacation.*—When an order is made during term time, allowing a bill of exceptions to be prepared and signed within sixty days (Code, § 2762), the time can not be further extended, unless the order extending it is made before the expiration of the sixty days.

[Bass Furnace Co. v. Glasscock.]

APPEAL from the Circuit Court of Cherokee.

Tried before the Hon. JOHN B. TALLY.

This action was brought by Thomas Glasscock against the appellant, a private corporation, to recover damages for a breach of contract. On the trial, which occurred on the 11th July, 1888, the defendant reserved numerous exceptions to the rulings of the court; and it was ordered, as the judgment-entry recites, "that the defendant have sixty days in which to have bill of exceptions signed." On the 8th September, by an order of the presiding judge made in chambers, the time was extended "to the 8th October, 1888;" and on the 16th October, by another order in chambers, the time was extended "until the 1st December, 1888." Under this order, the bill of exceptions was signed on the 27th November, 1888. On these facts, the appellee submitted a motion to strike out the bill of exceptions, because not signed within the time allowed by law. This motion was submitted with the cause on its merits, all the assignments of error being founded on the bill of exceptions.

WALDEN & SON, for appellant.

SAVAGE, MATTHEWS & DANIEL, *contra*.

PER CURIAM.—The motion to strike the bill of exceptions from the record must be sustained. The bill was signed November 27th, 1888. An order had been made September 8th, 1888, extending the time for signing to October 8th, following. This period of time elapsed without the signature of the judge having been obtained. On October 16th, 1888—about eight days *after the expiration* of the time thus fixed—the court made another order, again extending the time to December 1st, following. This was without authority, the power to extend given him by statute being *functus officio*. The action of the judge should have been taken before the expiration of the last day of the time fixed for signing. The act of February 22, 1887 (Acts, 1886–87, p. 126), can not be construed to confer such authority. Code, 1886, § 2762, *note*.

The sustaining of this motion leaves nothing upon which any assignment of error can properly be predicated.

The judgment is therefore affirmed.